PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINT YADON, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL,[1] <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:16-cv-02676-CKD <br><br> STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Complaint will be extended by 30 days, from March 8, 2017 until April 7, 2017.

This is Defendant's first request for an extension of time to respond to Plaintiff's answer. Defendant respectfully requests this additional time because additional time is needed to prepare

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

the administrative record.  In addition, Defendant's counsel will be on leave from March 3, 2017 to March 13, 2017.

The parties further stipulate that the briefing schedule shall be modified accordingly:

- Within thirty (30) days after filing of the answer, on or before May 22, 2017, Plaintiff shall file a motion for summary judgment and/or remand;
- Defendant shall file an opposition to Plaintiff's motion within thirty (30) days after service of Plaintiff's motion for summary judgment, on or before June 21, 2017.
- Appellant's reply brief shall be filed with the court and served on respondent within twenty (20) days after service of Defendant's opposition, on or before July 11, 2017.

Respectfully submitted,

Dated:  March 1, 2017            */s/ Kelsey Mackenzie Brown*
                                 (*as authorized via e-mail on 2/27/17)
                                 KELSEY MACKENZIE BROWN
                                 Attorney for Plaintiff

Dated: March 1, 2017             PHILLIP A. TALBERT
                                 United States Attorney
                                 DEBORAH LEE STACHEL
                                 Acting Regional Chief Counsel, Region IX
                                 Social Security Administration

                        By:      */s/ Marcelo Illarmo*
                                 MARCELO ILLARMO
                                 Special Assistant United States Attorney

                                 Attorneys for Defendant

                                 ORDER

APPROVED AND SO ORDERED:

Dated:  March 2, 2017
                                 _____
                                 CAROLYN K. DELANEY
                                 UNITED STATES MAGISTRATE JUDGE