**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| CLINT YADON, | ) No. 2:16-CV-002676-CKD |
| | ) |
| Plaintiff, | ) **ORDER** |
| | ) |
| v. | ) |
| | ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses (ECF No. 19), **IT IS ORDERED** that fees and expenses in the amount of $ 700.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $ 0.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

Dated: July 13, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1